DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ISIAH TURNER,

Appellant,

v.

STATE OF FLORIDA,

Appellee

No. 2D23-1985

_____

February 21, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Robin Fuson, Judge.

Isiah Turner, pro se.

PER CURIAM.

    Affirmed.

SILBERMAN, MORRIS, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.